# WARRANT OF ARREST

| United States District Court | DISTRICT WESTERN DISTRICT OF WISCONSIN |
|---|---|
| United States of America<br><br>v.<br><br>Defendant. | DOCKET NO. | MAGISTRATE JUDGE CASE NO. |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED: |

| Warrant Issued on the Basis of: |
|---|
|    Indictment     Order of Court     Information     Complaint |
| TO: Any Authorized Law Enforcement Officer. |
| District of Arrest:                    City: |
| **YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below. |

### DESCRIPTION OF CHARGES

| |
|---|
| IN VIOLATION OF TITLE:     U.S.C. Section(s) |
| Bail: DETENTION REQUESTED BY THE UNITED STATES ATTORNEY'S OFFICE |
| Other Conditions of Release: |

| Ordered By:    Federal Judge/Magistrate Judge<br>/s/ Anita Marie Boor | Date Order:<br>Feb. 2, 2026 |
|---|---|
| Clerk of Court:    (By) Deputy Clerk | Date Issued: |

### RETURN

| This Warrant was received and executed with the arrest of the above-named person. | |
|---|---|
| Date Received: | Date Executed: |
| Name and Title of Arresting Officer: | Signature of Arresting Officer: |